UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:12-cr-138 |
| v. ) | |
| ) | Judge Collier/Lee |
| MICHAEL OWEN ) | |

**O R D E R**

The Court entered an Order of Commitment for Mental Health Treatment of defendant on March 4, 2013, pursuant to Title 18 U.S.C. §§ 4241, 4242, and 4247 (Court File No. 41). The Court received a letter from Linda Sanders, Warden of the Federal Bureau of Prisons, U.S. Medical Center for Federal Prisoners, Springfield, Missouri, requesting an additional 120 days to complete the mental health treatment.

For good cause, the Court **GRANTS** the request as authorized by Title 18 U.S.C. § 4241(d)(2)(A).

**SO ORDERED**.

**ENTER**:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**