| | |
|---|---|
| JUDY LANCE d/b/a J&B DISCOUNT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OWNERS INSURANCE COMPANY, )<br>)<br>Defendant. ) | 1:13-cv-38<br><br>Judge Curtis L. Collier |
| PEOPLE'S BANK OF EAST TENNESSEE )<br>)<br>Intervening Plaintiff, )<br>)<br>v. )<br>)<br>OWNERS INSURANCE COMPANY, )<br>)<br>Defendant. ) | |

## JUDGMENT ORDER

Before the Court is Plaintiff Judy Lance's ("Lance") motion to remand (Court File No. 2). Plaintiff argues this Court has previously remanded this case to state court and the prior remand order is not reviewable pursuant to the removal statute. Defendant Owners Insurance Company ("Owners") responded to Lance's motion (Court File No. 6), arguing it now seeks removal on an alternative basis from its original petition: Intervening Plaintiff People's Bank of East Tennessee ("People's Bank") has based its claim on a federal question over which the Court has original jurisdiction. With respect to Lance's original complaint, Owners argues the Court may exercise supplemental jurisdiction. People's Bank also responded to the motion to remand (Court File No. 5), agreeing with Lance remand is appropriate in this case. For the reasons discussed in this Order's accompanying memorandum, the Court **GRANTS** Lance's motion to remand (Court File No. 2). The Court **REMANDS** this action to the Circuit Court of Polk County, Tennessee.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT